[No. 17296–4–I. Division One. September 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ENRIQUE BORQUEZ RUELAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01001–5, Patricia H. Aitken, J., entered September 25, 1985. *Reversed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Williams and Pekelis, JJ.

[No. 20556–1–I. Division One. September 12, 1988.]

ROBERT A. JENSEN, ET AL, *Appellants,* v. PAUL REVERE LIFE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87–2–00245–1, Peter K. Steere, J., entered March 16, 1987. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Williams and Winsor, JJ.

[No. 16665–4–I. Division One. September 12, 1988.]

SIDNEY BERLAND, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

The unpublished opinion in this cause, which was filed on November 9, 1987, is *withdrawn* by order dated September 12, 1988.